1

2

3

4

5

6

7

8                          United States District Court

9                       Eastern District of California

10

11

12   William Jackson Kitchens,

13           Plaintiff,                    No. Civ. S 04-1206 MCE PAN P

14      vs.                                Order

15   Pat Houge, et al.,

16           Defendants.

17                                -oOo-

18       Plaintiff is a prisoner proceeding in forma pauperis and

19   without counsel in a civil rights action.

20       The United States Marshal has returned process directed to

21   defendant Ben Parisi unserved because he could not be found.

22   Plaintiff must provide new information about where this defendant

23   may be served with process.  Plaintiff may seek such information

24   through discovery, the California Public Records Act, California

25   Government Code § 6250, et seq., or any other means available but

26   must proceed with haste because Fed. R. Civ. P. 4(m) requires an

1  action be dismissed as to a defendant not served within 120 days

2  after filing the complaint unless the time is enlarged based upon

3  a demonstration of good cause.  If plaintiff's access to the

4  required information is denied or unreasonably delayed, plaintiff

5  may seek judicial intervention.

6      Accordingly:

7      1.  The clerk of the court shall mail plaintiff one form

8  USM-285 and a copy of the pleading filed May 6, 2004.

9      2.  Within 90 days from the date this order is signed,

10  plaintiff may submit the attached Notice of Submission of

11  Documents with a completed form USM-285 providing instructions

12  for service of process upon defendant Ben Parisi and two copies

13  of the pleading provided to plaintiff.

14      3.   If plaintiff does not provide new instructions for

15  service of process upon defendant Ben Parisi within the time

16  allowed or show good cause for such failure I will recommend this

17  action be dismissed as to that defendant.

18      So ordered.

19      Dated:  November 8, 2005.

20                          /s/ Peter A. Nowinski
                            _____
21                          PETER A. NOWINSKI
                            Magistrate Judge
22

23

24

25

26

1

2

3

4

5

6

7

8                          United States District Court

9                         Eastern District of California

10

11

12   William Jackson Kitchens,

13           Plaintiff,              No. Civ. S-04-1206 MCE PAN P

14       vs.                        Notice of Submission of Documents

15   Pat Houge, et al.,

16           Defendants.

17                                   -oOo-

18       Plaintiff hereby submits the following documents in

19   compliance with the court's order filed _____:

20           ___1___       completed summons form

21           ___1___       completed form USM-285

22           ___2___       copies of the ___May 6, 2004____
                                          Complaint
23

24   Dated: _____

25                           _____
                             Plaintiff
26