1

2

3

4

5

6

7                    United States District Court

8                    Eastern District of California

9

10

11   William Jackson Kitchens,

12          Plaintiff,                No. Civ. S 04-1206 MCE PAN P

13      vs.                           Findings and Recommendations

14   Pat Houge, et al.,

15          Defendants.

16                              -oOo-

17      Plaintiff moves voluntarily to dismiss his claims against

18   defendant Jeff Diggs.  Defendant filed no opposition.

19      Since defendant Diggs served an answer, plaintiff cannot

20   voluntarily dismiss without an order of the court without filing

21   a stipulation of dismissal signed by all parties who have

22   appeared in the action.  Fed. R. Civ. P. 41(a)(1).  But an action

23   may be dismissed at the plaintiff's instance upon order of the

24   court and upon such terms and conditions as the court deems

25   proper.  Fed. R. Civ. P. 41(a)(2).

26      The complaint alleges defendant Diggs violated plaintiff's

right to due process by basing his determination plaintiff was a sexually violent predator solely on papers submitted to him by a different defendant.  Plaintiff now asserts that upon review, he believes these allegations "were in fact inconsequential," and that defendant Diggs is not the person who performed the required review.

Since defendant Diggs filed no opposition, plaintiff's October 27, 2005, motion should be granted and claims against defendant Diggs are dismissed with prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(l), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  January 5, 2006.

                /s/ Peter A. Nowinski
                PETER A. NOWINSKI
                Magistrate Judge