1

2

3

4

5

6

7

8                    United States District Court

9                    Eastern District of California

10

11

12  William Jackson Kitchens,

13          Plaintiff,                No. Civ. S 04-1206 MCE PAN P

14      vs.                           Order

15  Pat Houge, et al.,

16          Defendants.

17                            -oOo-

18      July 1, 2005, the United States Marshal returned process

19  directed to defendant Ben Parisi unexecuted.  November 9, 2005, I

20  directed plaintiff to locate this defendant and to submit two

21  copies of the complaint and one form USM-285 providing

22  instructions for service of process.  December 2, 2005, plaintiff

23  requested a blank summons for service upon defendant Ben Parisi.

24      The United States Marshal does not require a new summons for

25  this defendant.  See Fed. R. Civ. P. 4(c)(1).

26  ///

Accordingly, plaintiff's December 2, 2005, request is denied.

So ordered.

Dated:   January 5, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge