IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JACKSON KITCHENS,

     Plaintiff,                         No. CIV S-04-1206 MCE PAN P

     vs.

PAT HOUGE, et al.,

     Defendants.                ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis seeking relief pursuant to 42 U.S.C. § 1983.

       On April 27, 2005, the court ordered the United States Marshal to serve process on defendants. On July 1, 2005, process directed to defendant Ben Parsi was returned unserved because there was "no defendant by this name on the CDC roster."

       On November 9, 2005, the court directed plaintiff to submit additional information to enable service of process on this defendant and on December 2, 2005, plaintiff complied. On December 8, 2005 the court directed the Marshal to serve this defendant but on January 25, 2006, the Marshal returned process unserved because "per CDC locator, no info on defendant."

/////

1        Absent good cause, service of process must be effected within 120 days of the filing of the complaint.  Fed. R. Civ. P. 4(m).

       Plaintiff has been attempting to locate defendant Parsi for nearly one year.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  Plaintiff has 45 days from the date of this order to explain in writing why his claims against defendant Parsi should not be dismissed without prejudice.  Failure to comply with this order will result in a recommendation that claims against this defendant be dismissed without prejudice.

DATED: March 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\kitc1206.osc rule 4m