IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JACKSON KITCHENS,

     Plaintiff,                        No. CIV S-04-1206 MCE PAN P

     vs.

PAT HOUGE, et al.,

     Defendants.                 <u>ORDER</u>

_____/

        Plaintiff has requested "an indefinite enlargement of time" upon the ground he has "no legal library with which to research and formulate legal arguments in the instant action."

        When a party is required to act within a certain time under the Federal Rules of Civil Procedure or an order, this court can extend the time to act based upon a showing of good cause. Fed. R. Civ. P. 6. Plaintiff is not presently under any time constraint within which he must act.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 24, 2006, motion and request for enlargement of time is denied.

DATED: April 7, 2006.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

\004
\kitc106.dny eot