1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JACKSON KITCHENS,

9

             Plaintiff,                    No. CIV S-04-1206 MCE PAN P

10

     vs.

11

PAT HOUGE, et al.,

12

             Defendants.                   ORDER

13

                           /

14

          Plaintiff is a state prisoner, without counsel, seeking relief pursuant to 42 U.S.C.

15

§ 1983.  On March 13, 2006, plaintiff filed a document styled, "Request for Judicial Guidance

16

Re: Ben Parisi, Potential Defendant - Location."

17

          Plaintiff asserts he has been unable to locate defendant Parisi and requests advice

18

on how to proceed.

19

          The court cannot give legal advice.

20

          Accordingly, IT IS HEREBY ORDERED that plaintiff's March 13, 2006, request

21

is denied.

22

DATED: May 17, 2006.

23

24

25                        UNITED STATES MAGISTRATE JUDGE

26

\004\kitc1206.deny request