IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JACKSON KITCHENS,

    Plaintiff,                         No. CIV S-04-1206 MCE PAN P

    vs.

PAT HOUGE, et al.,

    Defendants.                ORDER

        Plaintiff is an individual serving a term of civil commitment pursuant to California Welf. & Inst. Code §§ 6600. Plaintiff is presently housed at Coalinga State Hospital (CSH). On February 24, 2006, plaintiff filed a document styled "Motion for Judicial Review and Declaratory Injunctive Relief." There, plaintiff contends that CSH has no law library and provides no access to any source of federal law through the computerized paging system presently in place.

        Good cause appearing, IT IS HEREBY ORDERED that within twenty days from the date of this order defendants shall file and serve a response to plaintiff's February 24, 2006 motion.

DATED: May 30, 2006.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

12\004kitc1206.ord to respond