BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
REBECCA M. ARMSTRONG-GRAU, SBN 227452
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5686
 Fax: (916) 324-5205

Attorneys for Defendants Coles, Daly, Goldberg and Houge
SA2005300262

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM JACKSON KITCHENS,** | CASE NO. 2:04-cv-1206 MCE PAN (JFM) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST AND SECOND REQUESTS FOR EXTENSION OF TIME** |
| v. | |
| **PAT HOUGE, et al.,** | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional thirty days up to and including July 17, 2006, within which to file a response to Plaintiff's discovery requests.

DATED: July 17, 2006.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

kitc1206.ext

[Proposed] Order Granting Defendants' Second Request for Extension of Time

1