IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JACKSON KITCHENS,

    Plaintiff,                           No. CIV S-04-1206 MCE PAN P

    vs.

PAT HOUGE, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff is an individual housed at Coalinga State Hospital pursuant to California Welfare and Institutions Code § 6600 et seq. proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 19, 2005, plaintiff filed a document styled "Plaintiff's Objection to Defendant's Answer and Demand for Jury Trial."  The court construes this document as a reply to the answer to plaintiff's complaint filed by defendant Houge on December 5, 2005.

        Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer</u>.

1

1 | Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants'
2 | answer and declines to make such an order.  For that reason, the document filed by plaintiff on
3 | December 19, 2005 will be disregarded.
4 |      In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
5 | December 19, 2005 objection to defendant's answer shall be disregarded.
6 | DATED: July 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
kitc1206.77e

2